IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Larry Phifer

    Plaintiff,

vs.                                      No. 2:05cv2686-D/P

Allstate Insurance Company

    Defendant.

## RULE 16(B) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on November 3, 2005. Present were Lewis K. Garrison, Sr., counsel for Plaintiff, and David M. Waldrop, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a) (1): November 17, 2005
   14 days after the 26(f) conference. If not made before the Rule 16(b) conference, then 14 days after the Rule 16(b) conference.

| | |
|---|---|
| JOINING PARTIES: | November 17, 2005 |
| DEADLINE: | January 3, 2006 |
| AMENDING PLEADINGS: | January 3, 2006 |
| INITIAL MOTIONS TO DISMISS: | February 3, 2006 |
| COMPLETING ALL DISCOVERY: | June 6, 2006 |
|     (a) DOCUMENT PRODUCTION: | June 6, 2006 |
|     (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | June 6, 2006 |

document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

   (c) EXPERT WITNESS DISCLOSURE (Rule 26):

     (1) DISCLOSURE OF PLAINTIFF'S RULE
      26 EXPERT INFORMATION:       April 3, 2006

     (2) DISCLOSURE OF DEFENDANT'S RULE
      26 EXPERT INFORMATION:       May 3, 2006

     (3) EXPERT WITNESS DEPOSITIONS:    June 6, 2006

FILING OF DISPOSITIVE MOTIONS:         July 9, 2006

OTHER RELEVANT MATTERS:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

  Motions to compel discovery are to be filed and served b the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  The case is set for jury trial, and the trial is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

  This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

  The parties are reminded that pursuant to Local Rule 11(a) (1) (A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

  The parties have/have not consented to trial before the magistrate judge.

  This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

  **IT IS SO ORDERED.**

               _____
               UNITED STATES MAGISTRATE JUDGE

               DATE: November 3, 2005

APPROVED BY:

*[signature]*
Lewis K. Garrison, Sr.
Attorney for Plaintiff
251 Adams Avenue
Memphis, TN 38103
(901) 527-6445

*[signature]*
DAVID M. WALDROP
Attorney for Defendant
Allstate Insurance Company
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489
File No. 2.3077

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02686 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Lewis K. Garrison
GARRISON LAW FIRM
251 Adams
Memphis, TN 38103

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT